UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR,

                Plaintiff,

  v.

JOSEPH A BRUSIC,

                Defendants.

Case No. C22-954 RAJ-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge (Dkt. # 2), Plaintiff's objections to the Report and Recommendation (Dkt. # 3), and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. # 1) is **DENIED** and the complaint (Dkt. # 1-1) is **DISMISSED** with prejudice; and

(3)    the Clerk shall enter judgment and close this case.

**DATED** this 10th day of November, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1